IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOLUSION, LLC,[1] | ) ) | Case No. 20-50082 (DRJ) |
| Debtor. | ) ) ) | **Relates to Docket Nos. 169 and 170** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on February 26, 2021 the Reorganized Debtor filed its Objection to the Proof of Claim Nos. 16 and 22 Filed by Bahar Dejban ("Objection to Bahar Claims") [Docket No. 169];

**PLEASE TAKE FURTHER NOTICE** that on February 26, 2021 the Reorganized Debtor filed its Objection to the Proofs of Claim Nos. 15, 20, and 23 Filed by Bardia Dejban ("Objection to Bardia Claims," collectively, the "Claim Objections") [Docket No. 170].

**PLEASE TAKE FURTHER NOTICE** that on February 26, 2021, the Reorganized Debtors served a copy of the Claim Objections via regular mail, postage prepaid upon the following:

**Counsel for Bahar Dejban**
Hal K. Gillespie
Gillespie Sanford LLP
3403 Gaston Ave.
Dallas, TX 75246

– and –

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Volusion, LLC (9037). The Debtor's service address is 1835A Kramer Lane, Suite 100, Austin, TX 78758.

**Counsel for Bardia Dejban**
Hal K. Gillespie
Gillespie Sanford LLP
3403 Gaston Ave.
Dallas, TX 75246

**PLEASE TAKE FURTHER NOTICE** that on March 29, 2021, the Reorganized Debtor re-served the Claim Objections via electronic mail upon the party listed below:

**Counsel for Bahar Dejban**
Hal K. Gillespie
Gillespie Sanford LLP
4803 Gaston Ave.
Dallas, TX 75246
hkg@gillespiesanford.com

– and –

**Counsel for Bardia Dejban**
Hal K. Gillespie
Gillespie Sanford LLP
4803 Gaston Ave.
Dallas, TX 75246
hkg@gillespiesanford.com

**PLEASE TAKE FURTHER NOTICE** that on March 30, 2021, the Reorganized Debtor further served the Claim Objections via regular mail, postage prepaid upon the party listed below:

**Counsel for Bahar Dejban**
Hal K. Gillespie
Gillespie Sanford LLP
4803 Gaston Ave.
Dallas, TX 75246

– and –

**Counsel for Bardia Dejban**
Hal K. Gillespie
Gillespie Sanford LLP
4803 Gaston Ave.
Dallas, TX 75246

Dated: March 30, 2021.

|  |
|---|
| /s/ *Jennifer F. Wertz* |

**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:	(713) 752-4200
Facsimile:	(713) 752-4221
Email: mcavenaugh@jw.com
Email: jwertz@jw.com

*Counsel to the Reorganized Debtor*