

ENTERED
04/08/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VOUSION, LLC, | § | Chapter 11 |
| | § | |
| | § | Case No. 20-50082 (DRJ) |
| Debtor. | § | |

**STIPULATION AND AGREED ORDER BETWEEN THE REORGANIZED DEBTOR
AND CLAIMANTS BAHAR DEJBAN AND BARDIA DEJBAN WITH RESPECT TO
DEADLINE FOR SUCH CLAIMANTS TO RESPOND TO OBJECTIONS FILED BY
<u>REORGANIZED DEBTOR TO THEIR CLAIMS</u>**
(Docket No. 180)

Volusion, LLC, Reorganized Debtor in the above-captioned bankruptcy case (the "Debtor") and Claimants Bahar Dejban and Bardia Dejban have stipulated and agreed with respect to objections (and amended objections) filed by Debtor on or before April 5, 2021 as follows:

**IT IS STIPULATED AND AGREED BY THE PARTIES AND HEREBY ORDERED THAT:**

Claimants Bahar Dejban and Bardia Dejban, with respect to Claim Nos. 16, 21, 22 (Bahar Dejban) and 15, 20 and 23 (Bardia Dejban) shall have to and including April 30, 2021 to file their responses to objections lodged in Doc. Nos. 169, 170 and 178.

The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Agreed Order.

IT IS SO ORDERED.

Signed:  April 08, 2021.

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**

**AGREED:**

By: /s/ Hal K. Gillespie
Hal K. Gillespie (TX Bar No. 07925500)
Counsel for Claimants Bahar Dejban and Bardia Dejban

By: /s/ Matthew D. Cavenaugh
Matthew D. Cavenaugh (TX Bar No. 24062656)
Counsel for Debtor

        Respectfully submitted,

        Hal K. Gillespie (SBN 07925500)
        Gillespie Sanford LLP
        4803 Gaston Ave
        Dallas, TX 75246
        Tel:   (214) 800-5111
        Fax:  (214) 838-0001

        Attorney for Plaintiffs Bardia Dejban
        and Bahar Dejban

## CERTIFICATE OF SERVICE

    I hereby certify that on the 6th day of April 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and via email to the affected parties on the attached list.

        /s/Hal K. Gillespie
        Hal K. Gillespie