IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

ENTERED
07/06/2021

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOLUSION, LLC[1] | ) | Case No. 20-50082 (DRJ) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | **Re: Docket Nos. 169, 170, 178, 183, 193** |

**ORDER**

The Court conducted a scheduling hearing concerning Reorganized Debtor's objections to the Claims of Bardia Dejban and Bahar Dejban (the "Claim Objections") [Docket Nos. 169, 170 and 178] and a hearing on the *Reorganized Debtor's Motion to Enforce the Confirmation Order* (the "Motion to Enforce") [Docket No. 183]; and the *Claimants' Motion for Leave to Amend Proof of Claim of Bahar Dejban and Proof of Claim of Bardia Dejban and Brief in Support* ("Motion for Leave" and together, the "Motions") [Docket No. 193]. The Court, after considering the positions of the Parties concerning scheduling with respect to the Claim Objections, the Motions, the responses thereto, and the arguments of counsel during the June 28, 2021 hearing ("Hearing"), finds that the following order should be entered on the Motions. It is therefore ORDERED:

1.  The Claimants shall dismiss the lawsuit captioned *Bardia Dejban and Bahar Dejban vs. Jeremy Rosenthal, Curt Lindeman, Troy Pike, Tim Stallkamp*, Case No. 21SMCV00517, in the Superior Court in the State of California for the County of Los Angeles (the "California Lawsuit") not later than seven (7) days from the entry of this Order.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is: Volusion, LLC (9037). The Reorganized Debtor's service address is 1835A Kramer Lane, Suite 100, Austin, TX 78758.

2. Within (3) three days of dismissal of the California Lawsuit, the Claimants shall file a certificate of compliance on the Court's docket reflecting the California Lawsuit has been dismissed in accordance with this Order.

3. The Motion for Leave is granted as set forth herein. The Claimants are hereby granted leave to file their amended proofs of claim. Exhibit A to the Motion to Amend shall be deemed the timely filed Proof of Claim of Bardia Dejban (the "Bardia Dejban Claim") as of June 28, 2021. Exhibit B to the Motion to Amend shall be deemed the timely filed Proof of Claim of Bahar Dejban (the "Bahar Dejban Claim") as of June 28, 2021.

4. If the Reorganized Debtor wishes to file a renewed objection to the Bardia Dejban Claim or the Bahar Dejban Claim, the Reorganized Debtor shall do so on or before seven (7) days from entry of this Order on the docket in this case.

5. The Court enters a scheduling order on each of the Claim Objections as to each of the Bardia Dejban Claim and the Bahar Dejban Claim as follows: All discovery related to the Claim Objections must be served so as to be responded to within the time allowed under the FEDERAL RULES OF CIVIL PROCEDURE on or before January 28, 2022, unless extended by agreement of the Parties. The Court will conduct a final pre-trial hearing on the Claim Objections on February 10, 2022 at 10:00 a.m. prevailing Central Time ("the "Pre-Trial"). The Court may set other dates related to the schedule on the Claim Objections by subsequent order on its own motion or on motion.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed: July 06, 2021.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

**APPROVED AS TO FORM:**

Dated: July 1, 2021

/s/ *Jennifer F. Wertz*
Matthew D. Cavenaugh (State Bar No. 24062656)
Jennifer F. Wertz (State Bar No. 24072822)
**JACKSON WALKER LLP**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: mcavenaugh@jw.com
Email: jwertz@jw.com

**COUNSEL FOR THE REORGANIZED DEBTOR**

and

/s/ *Hal K. Gillespie*
Hal K. Gillespie (State Bar No. 07925500)
**GILLESPIE SANFORD LLP**
4803 Gaston Avenue
Dallas, TX 75246
Telephone: (214) 800-5111
Facsimile: (214) 838-0001
Email: hkg@gillespiesanford.com

**COUNSEL FOR BARDIA DEJBAN AND BAHAR DEJBAN**

23379431v.3 151218/00001