# Exhibit 2



Baharak Dejban <bahar@dejbanlaw.com>

## [info] Important information regarding your relationship with Volusion, LLC

**Troy Pike** <Troy@tpikeadvisors.com>  Mon, Jul 27, 2020 at 6:04 PM
To: "info@dejbanlaw.com" <info@dejbanlaw.com>
Cc: Curt Lindeman <curt@lindemanesq.com>, Jeremy Rosenthal <jrosenthal@force10partners.com>, "Timothy B. Stallkamp" <tstallkamp@conwaymackenzie.com>

Dear Behar:

Thank you for your service to Volusion, LLC.  Please find the attached letter which confirms the board's decision to sever its relationship with Dejban Law and DK Strategic Solutions. Please call me or Tim Stallkamp with any questions that you may have.

Sincerely,

Troy Pike

TPikeadvisors

(P) 713.857.9272

**Confidentiality Notice:** This e-mail is intended only for the addressee named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, or dissemination of this transmission, or taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please reply to the sender listed above immediately and permanently delete this message from your inbox. Thank you for your cooperation.

**2 attachments**

- **26422221_1_Volusion - Contractor Termination Letter (DK Strategic Solutions LLC).pdf**
  102K

- **26422338_1_Volusion - Contractor Termination Letter (Bahar Dejban).pdf**
  99K