IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VOUSION, LLC, | § | Chapter 11 |
| | § | |
| | § | Case No. 20-50082 (DRJ) |
| Debtor. | § | |

**ORDER GRANTING CLAIMANTS' RULE 56(d) MOTION**

This matter having come before the Court on Claimants' Rule 56(d) Motion for Extension to Respond to Reorganized Debtor's Motion for Summary Judgment with Respect to Proof of Claim by Bahar Dejban filed August 26, 2021, and the Court having determined that the motion for extension is well founded, it is HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant to Rule 7056 of the Federal Rules of Civil Procedure, made applicable to this contested matter by Rule 9014, Claimants' motion for extension pursuant to Rule 56(d) is granted.

2. Claimants shall have an extension to and including January 7, 2022 to file their response and/or an amended response to Reorganized Debtor's Motion for Summary Judgment with Respect to Proof of Claim Filed by Bahar Dejban (Doc. No. 276).

Dated: _____, 2021

                                                                                                _____
                                                                                                 DAVID R. JONES
                                                                                                 UNITED STATES BANKRUPTCY JUDGE

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE