IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VOLUSION, LLC[1] | ) Case No. 20-50082 (DRJ) |
| | ) |
| Reorganized Debtor. | ) |
| | ) (Docket No. 309) |

**STIPULATION AND ORDER AMENDING SCHEDULING ORDER WITH RESPECT TO THE REORGANIZED DEBTOR'S OBJECTIONS TO THE PROOFS OF CLAIMS FILED BY BARDIA DEJBAN AND BAHAR DEJBAN**

Volusion, LLC (the "Debtor," as applicable, and after the effective date of its plan of reorganization, the "Reorganized Debtor") and claimants Bardia Dejban and Bahar Dejban (together, "Claimants" and collectively with the Reorganized Debtor, the "Parties"), enter into this stipulation and order (this "Stipulation and Agreed Order") regarding the Proof of Claim of Bardia Dejban (the "Bardia Dejban Claim") (Exhibit A, Docket No. 193) and the Proof of Claim of Bahar Dejban (the "Bahar Dejban Claim") (Exhibit B, Docket No. 193) as follows:

1.	On June 28, 2021, the Court conducted a scheduling hearing concerning Reorganized Debtor's objections to the Bardia Dejban Claim and the Bahar Dejban Claim (the "Claim Objections"). On July 6, 2021, the Court entered a scheduling order on each of the Claim Objections as to the Bardia Dejban Claim and the Bahar Dejban Claim (the "Scheduling Order"). (Docket No. 246).

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is: Volusion, LLC (9037). The Reorganized Debtor's service address is 1835A Kramer Lane, Suite 100, Austin, TX 78758.

30569206v.2

2. The Scheduling Order allows the Parties to extend the deadline by which all discovery related to the Claim Objections must be completed, and provides that Parties may request other scheduling dates or changes.

3. The Parties have agreed to mediate this case on November 22, 2021. To facilitate the potential settlement of this matter at mediation, and to accommodate the schedules of the Parties and their counsel, the Parties have agreed to postpone conducting certain additional discovery, including taking certain depositions, until after mediation. To avoid prejudicing any party's prosecution or defense of the case, the Parties agree it is appropriate to extend the discovery deadline and the date set for the final pre-trial hearing so as to allow the Parties sufficient time to complete additional discovery if this matter cannot be resolved at mediation.

4. The Parties accordingly stipulate and agree, and the Court ORDERS as follows:

   a. All discovery related to the Claim Objections must be served so as to be responded to within the time allowed under the Federal Rules of Civil Procedure on or before **March 28, 2022**. The Court will conduct a final pre-trial hearing on the Claim Objections on **April 11, 2022** at 10:00 a.m. prevailing Central Time (the "Pre-Trial Hearing").

5. The Court may set other dates related to the schedule on the Claim Objections by subsequent order on its own motion or on motion.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed: November 08, 2021.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

30569206v.2

**APPROVED AS TO FORM:**

Dated: November 2, 2021

/s/ *Jennifer F. Wertz*
Matthew D. Cavenaugh (State Bar No. 24062656)
Jennifer F. Wertz (State Bar No. 24072822)
**JACKSON WALKER LLP**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: mcavenaugh@jw.com
Email: jwertz@jw.com

**COUNSEL FOR THE REORGANIZED DEBTOR**

and

/s/ *Hal K. Gillespie*
Hal K. Gillespie (State Bar No. 07925500)
**GILLESPIE SANFORD LLP**
4803 Gaston Avenue
Dallas, TX 75246
Telephone: (214) 800-5111
Facsimile: (214) 838-0001
Email: hkg@gillespiesanford.com

**COUNSEL FOR BARDIA DEJBAN AND BAHAR DEJBAN**

30569206v.2